IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-93-1H
No. 7:16-CV-118-H

JAMAL KWAME HOSENDOVE, )
)
    Petitioner, )
) ORDER
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

For good cause having been shown upon the motion of Respondent, it is hereby

ORDERED that Petitioner is allowed 30 days from the filing of this order to file a supplemental 28 U.S.C. § 2255 motion or other response to the Supreme Court's decision in <u>Beckles v. United States</u>, __ S. Ct. __, No. 15-8544, 2017 WL 855781 (March 6, 2017).

It is further ORDERED that Respondent shall have 30 days from the filing of Petitioner's supplement to file a response, if any.

This 17th day of May 2017.

                                    _____
                                    MALCOLM J. HOWARD
                                    Senior United States District Judge